UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DREW DOSCHER,

                Petitioner,

Civil Action No. CV _____

-against-

**NOTICE OF MOTION**

SEA PORT GROUP SECURITIES, LLC,
STEPHEN SMITH,
MICHAEL MEAGHER,
MICHAEL MEYER,
THE SEAPORT GROUP, LLC,
ARMORY ADVISERS, LLC,
ARMORY FUND, LP, and
SEAPORT V, LLC,

                Respondents.
-----------------------------------------------------------x

15 CV 384

    PLEASE TAKE NOTICE THAT, upon the Petition to Vacate and Modify Arbitration Award, the Declarations of A. Todd Merolla dated January 19, 2015 and January 20, 2015 and the Exhibits attached thereto, Petitioner Drew Doscher will move this Honorable Court on a date and time to be determined by the Court, at the Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to 9 U.S.C. § 10, granting the Petition to Vacate and Modify Arbitration Award dated October 22, 2014, and such other relief as may be appropriate.

                                            _____
                                            A. Todd Merolla (AM 6938)
                                            MEROLLA & GOLD, LLP
                                            75 14th Street, Suite 2130
                                            Atlanta, Georgia  30309
                                            Tel.: 404-888-3772
                                            Fax: 404-888-3737
                                            atm@merollagold.com

                                            Attorneys for Petitioner
                                            DREW DOSCHER

To:    Respondents
c/o Ronald G. Blum, Esq.
Manatt, Phelps & Phillips, LLC
7 Times Square
New York, New York 10036

2