```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DREW DOSCHER,                                                     :
                                                                  :
                              Petitioner,                         :    15-CV-384 (JMF)
                                                                  :
           -v-                                                    :    ORDER
                                                                  :
                                                                  :
SEA PORT GROUP SECURITIES, LLC, et al.,                           :
                                                                  :
                              Respondents.                        :
                                                                  :
------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2015
```

JESSE M. FURMAN, United States District Judge:

      On January 20, 2015, Petitioner filed a petition to vacate an arbitration award. (Docket No. 1). Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition to confirm by **February 13, 2015**. Respondents' opposition, if any, is due by **February 27, 2015**. Respondents shall include in their opposition any arguments they wish to make regarding this Court's subject-matter jurisdiction. Petitioner's reply, if any, is due **March 6, 2015**.

      In addition, on January 21, 2015, before the case was assigned to this Court, Judge Hellerstein issued an order to show cause why certain documents should remain under seal. (Docket No. 8). Although the parties have submitted to the Court various filings in response to Judge Hellerstein's order, none of those filings is currently on the docket. Accordingly, pursuant to Rule 6(B) of this Court's individual rules, the parties are ORDERED to file those documents and any other materials related to the order to show cause no later than **February 4, 2015**. All

future filings shall also comport with Rule 6(B) of the Court's individual rules.  The Court will resolve the issues encompassed in the order to show cause when it decides the underlying dispute.

Finally, the hearing scheduled for **February 4, 2015**, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 30, 2015
       New York, New York

JESSE M. FURMAN
United States District Judge